**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Cr. No. 17-cr-10004-11-STA |
| **JOSEPH LEE,** | ) ) | |
| **Defendant.** | ) | |

**ORDER AND NOTICE OF RESETTING**

The parties have moved this Court to continue the change of plea hearing in the above matter.

Wherefore, for good cause, the change of plea hearing is reset to January 25, 2018, at 3:00 p.m.

IT IS SO ORDERED this 23rd day of January, 2018.

                                              s/ S. Thomas Anderson
                                              S. THOMAS ANDERSON
                                              CHIEF UNITED STATES DISTRICT JUDGE