**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| )  Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:17-10004-STA |
| ) | |
| JOSEPH LEE, ) | |
| ) Defendant. ) | |

___

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**
___

This cause came to be heard on January 25, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Joseph Lee, appearing in person, and with counsel, Samuel Perkins.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, APRIL 30, 2018 at 10:30 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 25th day of January, 2018.

                                                    s/ S. Thomas Anderson
                                              CHIEF JUDGE, U. S. DISTRICT COURT